UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
-------------------------------------------------X
Kingsley Ellingson,

                Plaintiff,          Civil Action No.: 3:14-cv-00814-MMH-JRK

      v.

Stellar Recovery, Inc.
                Defendants.
-------------------------------------------------X

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff Kingsley Ellingson hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Plaintiff shall file a Notice of Voluntary dismissal within sixty (60) days.

Dated:  October 7, 2014

                                              Respectfully submitted,

                                              By: s/ Jerald Belofsky
                                              Jerald Belofsky, Esq.

Fredrick Schulman & Associates
30 East 29TH Street
New York, New York 10016
(212) 796-6053
info@fschulmanlaw.com
Attorneys for Plaintiff