UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KINGSLEY ELLINGSON,

        Plaintiff,

vs.                                     Case No.  3:14-cv-814-J-34JRK

STELLAR RECOVERY, INC.,

        Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on the Stipulation of Dismissal (Dkt. No. 10; Stipulation) filed on December 2, 2014.  In the Stipulation, Plaintiff seeks dismissal of this matter with prejudice. See Stipulation at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.      This case is **DISMISSED with prejudice**.

    2.      Each party shall bear its own costs and attorneys fees.

3. The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of December, 2014.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record